UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
DAVID FRIEDMAN,                        : 11 Civ. 3716 (WHP)
                                       :
            Plaintiff,                 : ORDER
                                       :
      -against-                        :
                                       :    USDC SDNY
MARCO MENDOZA, et al.                  :    DOCUMENT
                                       :    ELECTRONICALLY FILED
            Defendants.                :    DOC #:_____
                                       :    DATE FILED: 6/6/11
------------------------------X

WILLIAM H. PAULEY III, District Judge:

      The claims in this action arise in whole or in major part in the Northern Counties, and one of the parties resides there. Accordingly, this case was inappropriately designated for assignment to Foley Square. See Rule 18 of the S.D.N.Y. Rules for the Division of Business Among District Judges.

      The Clerk of Court is directed to reassign this action to White Plains in the interest of sound judicial administration pursuant to Rule 19 of the S.D.N.Y. Rules for the Division of Business Among District Judges.

Dated: June 6, 2011
       New York, New York

                        SO ORDERED:

                        WILLIAM H. PAULEY III
                        U.S.D.J.

*Copies mailed to:*

Brett H. Klein, Esq.
Leventhal & Klein, LLP (Bklyn)
45 Main Street
Suite 230
Brooklyn, NY 11201
*Counsel for Plaintiff*